UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.208.9.165,<br><br>Defendant. | Case No. 19-cv-00723-JCS<br><br>**ORDER TO FILE UPDATED EXHIBIT REGARDING COPYRIGHT REGISTRATION STATUS**<br><br>Re: Dkt. No. 9 |

On March 8, 2019, Plaintiff Strike 3 Holdings, LLC ("Strike 3") filed a notice stating that, in order to show compliance with recent Supreme Court precedent, Strike 3 "hereby concurrently-files an updated 'Exhibit A' to its Complaint demonstrating that all copyright applications for the motion pictures in question here have been registered with the United States Copyright Office." No such updated exhibit was filed with Strike 3's notice. No later than March 15, 2019, Strike 3 is ORDERED to file an updated exhibit identifying whether registration has been completed for all works at issue.

**IT IS SO ORDERED.**

Dated: March 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge