Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.208.9.165,<br><br>        Defendant. | Case No.: 3:19-cv-00723-JCS<br><br>**NOTICE OF ERRATA** |

PLEASE TAKE NOTICE that Strike 3 Holdings, LLC hereby attaches as Exhibit 1 its Notice Providing Clarification Regarding the Registration Status of Plaintiff's Copyright Application along with its Exhibit A containing the registrations numbers of all the copyrights in this matter.  Exhibit A was inadvertently not attached to Plaintiff's original Notice [Dkt. No. 9].

Date: 03/12/2019                           FOX ROTHSCHILD LLP

                                           Respectfully submitted,

                                           By: _____
                                           Lincoln Bandlow, Esq.
                                           FOX ROTHSCHILD LLP

                                           *Attorney for Plaintiff*
                                           Strike 3 Holdings, LLC

1

**EXHIBIT 1**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.208.9.165,<br><br>　　　　　　　　Defendant. | Case Number: 3:19-cv-00723-JCS<br><br>**NOTICE PROVIDING CLARIFICATION REGARDING THE REGISTRATION STATUS OF PLAINTIFF'S COPYRIGHT APPLICATIONS** |

1  PLEASE TAKE NOTICE that in light of the Supreme Court's recent holding in *Fourth Estate Pub. Benefit Corp. v. Wall-Street.com, LLC*, No. CV 17-571, 2019 WL 1005829 (U.S. Mar. 4, 2019), Strike 3 Holdings, LLC hereby concurrently-files an updated "Exhibit A" to its Complaint demonstrating that all copyright applications for the motion pictures in question here have been registered with the United States Copyright Office.  Accordingly, the Complaint satisfies the claim-processing rule under 17 U.S.C. § 411(a).

Date: 03/12/2019

FOX ROTHSCHILD LLP

Respectfully submitted,

By: /s/ *Lincoln Bandlow*
Lincoln Bandlow, Esq.
FOX ROTHSCHILD LLP

*Attorney for Plaintiff*
Strike 3 Holdings, LLC

1

# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Oakland, CA  
**Total Works Infringed:** 48

**IP Address:** 107.208.9.165  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | Blacked Raw | 10/28/2018 02:35:25 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/16/2018 02:54:48 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 3 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 00:47:06 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 4 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 23:25:04 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 5 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/08/2017 00:46:36 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 01/02/2018 03:42:57 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 7 | 209ADEA84CE0566D845611964D4E17054104ACA5 | Tushy | 08/31/2018 03:40:03 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 8 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 01/28/2018 19:46:27 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 9 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 10/18/2018 21:46:36 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 10 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 22:29:04 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 11 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/11/2017 17:53:26 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 12 | 303AA83349BCEE7961EA7089C245D7431040E54A | Blacked Raw | 08/31/2018 03:41:01 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 13 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 03:41:00 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 14 | 3595316CCA479043472C8512B52F63F047E77C58 | Tushy | 04/14/2018 21:06:53 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 15 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/18/2018 22:00:29 | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 16 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 08/05/2018 22:19:39 | 08/02/2018 | 09/01/2018 | PA0002119574 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 07/31/2018 01:44:41 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 18 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 04/01/2018 01:42:17 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 19 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/02/2017 23:05:36 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 20 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 02/04/2018 02:49:59 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 21 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 23:36:04 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 22 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 03/26/2018 03:53:44 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 23 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 07/19/2018 03:05:31 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 24 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | Blacked Raw | 07/07/2018 02:02:20 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 25 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | Blacked Raw | 06/09/2018 03:07:25 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 26 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/09/2017 00:50:44 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 27 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/12/2018 01:58:45 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 28 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | Blacked Raw | 12/02/2018 02:03:00 | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 29 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/28/2018 03:49:20 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 30 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 08/25/2018 21:39:14 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 31 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/20/2017 17:14:22 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 32 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/24/2018 21:35:58 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 33 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/23/2018 00:51:16 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 34 | A93D128460BD58723BF227F061B37EDBF17079EE | Vixen | 08/23/2018 02:12:32 | 08/22/2018 | 09/05/2018 | PA0002135676 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/05/2017 00:49:19 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 36 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/24/2018 02:22:39 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 37 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/14/2018 21:39:18 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 38 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 11/04/2018 02:31:50 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 39 | BA32A3FEE2BE3044DD5FE32DD0DA9BB42F9EF1B8 | Blacked Raw | 12/08/2018 23:44:17 | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 40 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/31/2017 00:05:25 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 41 | BFB0C6B34A693BC40981D11313056612733E3A70 | Tushy | 11/22/2018 20:17:46 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 42 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/17/2018 02:11:07 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 43 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | Tushy | 05/25/2018 16:00:28 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 44 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/25/2017 23:31:51 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 45 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/20/2018 03:08:21 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 46 | D9261D3722C161272619A45A80E6F849B0BC63B5 | Blacked Raw | 11/21/2018 04:40:05 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 47 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 07/13/2018 02:56:05 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 48 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 06/13/2018 02:25:37 | 10/17/2017 | 11/27/2017 | PA0002097981 |