UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.208.9.165,<br><br>    Defendant. | Case No. 19-cv-00723-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 15 |

Plaintiff Strike 3 Holdings, LLC ("Strike 3") seeks an extension of time to effectuate service and asks that the case management conference set for May 10, 2019 be "adjourned sine die." *See* Proposed Order (dkt. 15-1). The Court previously advised counsel for Strike 3 in a different case "that this Court does not as a matter of course vacate case management conferences 'sine die' when no other date to appear is on calendar," and that "[a]pplications and proposed orders seeking relief from appearing at case management conferences in this and other cases where a defendant has not yet appeared should propose a date for a continued case management conference to occur after Strike 3 expects that the defendant will have been served and will have responded to the complaint." *Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 162.203.163.22*, No. 18-cv-2014-JCS, ECF Doc. No. 23 (N.D. Cal. Apr. 23, 2019).

Strike 3's present application is DENIED without prejudice to filing a renewed application and proposed order that comply with those instructions.

**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge