UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>    Plaintiff,<br>    v.<br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.208.9.165,<br>    Defendant. | Case No. 19-cv-00723-JCS<br><br>**ORDER WITHDRAWING CLERK'S NOTICE REQUIRING CONSENT OR DECLINATION AND STAYING COMPLAINCE WITH SUBPOENA**<br><br>Re: Dkt. No. 20 |

Plaintiff Strike 3 Holdings, LLC ("Strike 3") brought this action against Defendant John Doe, identified only by an IP address, whose true name is unknown to Strike 3. *See* Compl. (dkt. 1). The Court granted Strike 3's application to issue a subpoena to AT&T, which Strike 3 believed was Doe's internet service provider. Dkt. 10. Doe now "specially appear[s]" to move to quash the subpoena. *See* Mot. to Quash (dkt. 19).

The Clerk issued a notice requiring Doe's consent or declination to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) in light of the motion to quash. Dkt. 20. That notice was filed in error. The undersigned magistrate judge is authorized to consider the motion to quash regardless of the parties' consent under 28 U.S.C. § 636(b)(1)(A) as a "pretrial matter" not specifically enumerated as an exception to magistrate judge jurisdiction. *See also* N.D. Cal. General Order 44 (assignment plan designating magistrate judges to "be included in the civil case assignment system in the same manner as active district judges," with exceptions not applicable here). The notice is therefore WITHDRAWN, and Doe shall not file a response indicating consent or declination to a magistrate judge under § 636 (governing consent to take case-dispositive action) unless and until Doe is served with a complaint and appears as a defendant.

AT&T's compliance with the subpoena is STAYED pending resolution of the motion to quash.

**IT IS SO ORDERED.**

Dated: June 5, 2019

JOSEPH C. SPERO
Chief Magistrate Judge