UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.208.9.165,<br><br>    Defendant. | Case No. 19-cv-00723-JCS<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 24 |

Plaintiff Strike 3 Holdings, LLC ("Strike 3") has filed a first amended complaint in which the name of the defendant is redacted in the caption of the case and in the body of the complaint. That complaint is STRICKEN, both because Strike 3 has not filed an unredacted version under seal, and because the Court will not permit Strike 3 to alter the caption of the case such that it must be redacted. Strike 3 is referred to the order dated January 30, 2018 and filed as docket entry 11 in the case *Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 67.180.248.237*, No. 17-cv-6663-JCS (N.D. Cal.). Strike 3 may file a second amended complaint resolving these issues, and must comply with the procedure established by Civil Local Rule 79-5 for documents that it seeks to file under seal.

**IT IS SO ORDERED.**

Dated: July 26, 2019

JOSEPH C. SPERO
Chief Magistrate Judge