UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br> Plaintiff, <br> v. <br> JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.208.9.165, <br> Defendant. | Case No. 19-cv-00723-JCS <br><br> **ORDER GRANTING APPLICATION TO FILE UNDER SEAL AND INSTRUCTING CLERK TO ISSUE SUMMONS UNDER SEAL** <br><br> Re: Dkt. No. 28 |

Plaintiff Strike 3 Holdings, LLC's application to file documents under seal (dkt. 28) is GRANTED. The Clerk is instructed to issue summons under seal.

**IT IS SO ORDERED.**

Dated: August 9, 2019

JOSEPH C. SPERO
Chief Magistrate Judge