1  JONATHAN C. DO, Esq. (SBN 184020)
2  P.O BOX 2885
   DUBLIN, CA  94568
3  (For Mailing)
   1150 MURPHY AVENUE, SUITE 240
4  SAN JOSE, CA  95131
5  Telephone: (408)287-4444

6  Attorney For Defendant

7                           UNITED STATES DISTRICT COURT
8                           NORTHERN DISTRICT OF CALIFORNIA
9                                   OAKLAND DIVISION
10

11 STRIKE 3 HOLDINGS, LLC
                                                Case No.  3:19-cv-00723-JCS
12              Plaintiff

13 JOHN DOE subscriber assigned IP address      ANSWER TO SECOND AMENDED
14 107.208.9.165,                               COMPLAINT  AND
                                                DISCLOSURE OF NON-PARTY
15              Defendant                       INTERESTED ENTITIES OR PERSONS
16

17     In response to the numbered paragraphs and sentences of the Complaint, defendant admits,

18 denies, or otherwise responds as follows:
19
       As to paragraphs 1-5, Defendant lacks knowledge or information sufficient to form a belief as
20
21 to the truth of the allegations contained in these paragraphs as the allegations contained in these

22 paragraphs constitute plaintiff's characterization and on that basis deny.

23     As to paragraphs 7-11, Defendant admits.
24
       As to paragraphs 12-21, Defendant lacks knowledge or information sufficient to form a belief
25
26 as to the truth of the allegations contained in these paragraphs and on that basis deny.

27     As to paragraphs 22, 26, and 29 Defendant denies.

28     As to paragraphs 23-25, 27, 28, 30-35, Defendant lacks knowledge or information sufficient

to form a belief as to the truth of the allegations contained in these paragraphs and on that basis deny.

As to paragraphs 36-41, Defendant denies on the basis of lacks knowledge or information sufficient to form a belief as to the truth of the allegations or Plaintiff's Works contained in these paragraphs.

FURTHER, AND AS AFFIRMATIVE DEFENSES TO EACH AND EVERY CAUSE OF ACTION OF THE COMPLAINT, THE DEFENDANT ALLEGES:

1. AFFIRMATIVE DEFENSE NO. 1: The plaintiff's claims failed to state an adequate claim for relief.

2. AFFIRMATIVE DEFENSE NO. 2: The plaintiff failed to mitigate its damages

3. AFFIRMATIVE DEFENSE NO. 3: The plaintiff failed to join all of the necessary party to this action.

4. AFFIRMATIVE DEFENSE NO. 4: Based upon information and belief, the defendant alleges that the plaintiff's damage was caused by its own conduct, including but not limited to its own negligence.

FURTHER AFFIRMATIVE DEFENSES

Defendant has not had the time to fully investigate the claims against them and based thereon asks leave of the Court to amend and add any additional affirmative defenses which may later become apparent.

WHEREFORE, the defendant prays:

1. That the plaintiff takes nothing by its complaint;

2. For costs of suit; and

3. For such other and further relief as the Court shall deem just and proper.

DATED: September 12, 2019

|   |   |
|---|---|
| 1 | |
| 2 | /s/ |
|   | Jonathan C. Do |
| 3 | Attorney for Defendant |

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 12, 2019

/s/
Jonathan C. Do
Attorney for Defendant