1 | Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
2 | Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
3 | Los Angeles, CA 90067
Tel.: (310) 556-9680
4 | Fax: (310) 861-5550

5 | *Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*
6 |

7 | Jonathan C. Do (SBN 184020)
300 S. First Street
8 | Suite 320
San Jose, CA 95113
9 | Telephone: (408) 287-4444
10 | jonathando@comcast.net

11 | *Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:19-cv-00723-JCS |
| Plaintiff, | Honorable Joseph C. Spero |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| JOHN DOE subscriber assigned IP address 107.208.9.165, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Strike 3 Holdings, LLC and Defendant John Doe subscriber assigned IP address 107.208.9.165 hereby stipulate to dismissal of the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated: November 18, 2019          Respectfully submitted,

                                  By: /s/ *Lincoln D. Bandlow*
                                  Lincoln D. Bandlow, Esq.
                                  Law Offices of Lincoln Bandlow, PC
                                  *Attorney for Plaintiff*


Dated: November 18, 2019          Respectfully submitted,

                                  By: /s/ Jonathan C. Do
                                  Jonathan C. Do, Esq.
                                  *Attorney for Defendant*


## STATEMENT OF CONSENT

I attest that consent to the filing of this document has been obtained from counsel for Defendant John Doe subscriber assigned IP address 107.208.9.165.

Dated: November 18, 2019          By: /s/ *Jonathan C. Do*
                                  Jonathan C. Do, Esq.
                                  *Attorney for Defendant*

Dated: November 19, 2019

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.